Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| **ArcelorMittal Long Products Canada G.P.**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | **S U M M O N S**<br><br>**2 1 - c v - 4 1** |

**TO**:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port of Entry: | Port Huron, MI (3802) | Date Protest Filed: | February 11, 2020 |
| Protest Number: | 3802-20-100962 | Date Protest Denied: | October 8, 2020 |
| Importer: | **ArcelorMittal Long Products Canada G.P.** | | |
| Category of Merchandise: | Steel Products | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9RK-27014836 | 11/21/2018 | 10/18/2019 | | | |
| Please see attached continuation sheets. | | | | | |
| Continued on Form 1-3 and Form 1-4. | | | | | |

Port Director,
U.S. Customs and Border Protection
Port of Port Huron
526 Water Street - Room 301
Port Huron, MI 48060

William R. Rucker
Faegre Drinker Biddle & Reath
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
(312) 569-1157

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Steel products | 7217.10.8010<br>7227.90.6010 | 0%<br>With 25% Section 232 duties | 7217.10.5030<br>7227.90.6030<br>7227.90.6035 | 0%<br>Excluded from Section 232 duties |

**Other**
State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim:
Liquidation with assessment of Section 232 tariffs – the subject products are excluded from Section 232 tariffs.

The issue which was common to all such denied protests: Exclusion from Section 232 tariffs.

Every denied protest included in this civil action was filed by the above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidation duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ William R. Rucker
*Signature of Plaintiff's Attorney*

January 29, 2021
*Date*

Form 1-3

**SCHEDULE OF PROTESTS**

<u>Port Huron (3802)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3802-20-100963 | 02/11/2020 | 8/4/2020 | 9RK-27017094 | 11/21/2018 | 10/18/2019 |
| 3802-20-100831 | 01/31/2020 | 10/7/2020 | 9RK-27081546 | 12/16/2018 | 11/08/2019 |
| 3802-20-100970 | 02/11/2020 | 10/8/2020 | 9RK-27023969 | 11/26/2018 | 10/18/2019 |
| 3802-20-100983 | 02/11/2020 | 10/8/2020 | 9RK-27130459 | 01/10/2019 | 12/06/2019 |
| 3802-20-100984 | 02/11/2020 | 10/8/2020 | 9RK-27132463 | 01/11/2019 | 12/06/2019 |
| 3802-20-100985 | 02/11/2020 | 10/8/2020 | 9RK-27137736 | 01/14/2019 | 12/06/2019 |
| 3802-20-100971 | 02/11/2020 | 10/8/2020 | 9RK-27140334 | 01/15/2019 | 12/13/2019 |
| 3802-20-100972 | 02/11/2020 | 10/8/2020 | 9RK-27148709 | 01/18/2019 | 12/13/2019 |
| 3802-20-100989 | 02/11/2020 | 10/8/2020 | 9RK-27227123 | 02/17/2019 | 01/10/2020 |
| 3802-20-100990 | 02/11/2020 | 10/8/2020 | 9RK-27227198 | 02/18/2019 | 01/10/2020 |
| 3802-20-100991 | 02/11/2020 | 10/8/2020 | 9RK-27227313 | 02/17/2019 | 01/10/2020 |
| 3802-20-100992 | 02/11/2020 | 10/8/2020 | 9RK-27233477 | 02/19/2019 | 01/10/2020 |

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.

Form 1-4

**SCHEDULE OF PROTESTS**

<u>Detroit (3801)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3801-20-101783 | 02/11/2020 | 10/8/2020 | 9RK-26838391 | 09/19/2018 | 08/16/2019 |
| 3801-20-101797 | 02/11/2020 | 10/8/2020 | 9RK-26866574 | 09/28/2018 | 08/23/2019 |
| 3801-20-101800 | 02/11/2020 | 10/8/2020 | 9RK-27011030 | 11/20/2018 | 10/18/2019 |
| 3801-20-101802 | 02/11/2020 | 10/8/2020 | 9RK-27011451 | 11/20/2018 | 10/18/2019 |
| 3801-20-101926 | 02/17/2020 | 10/8/2020 | 9RK-27011485 | 11/20/2018 | 10/18/2019 |
| 3801-20-101788 | 02/11/2020 | 10/8/2020 | 9RK-27014760 | 11/21/2018 | 10/18/2019 |
| 3801-20-101803 | 02/11/2020 | 10/8/2020 | 9RK-27016278 | 11/21/2018 | 10/18/2019 |
| 3801-20-101789 | 02/11/2020 | 10/8/2020 | 9RK-27031665 | 11/28/2018 | 10/25/2019 |
| 3801-20-101804 | 02/11/2020 | 10/8/2020 | 9RK-27119908 | 01/07/2019 | 11/29/2019 |
| 3801-20-101807 | 02/11/2020 | 10/8/2020 | 9RK-27123355 | 01/08/2019 | 11/29/2019 |
| 3801-20-101808 | 02/11/2020 | 10/8/2020 | 9RK-27136753 | 01/14/2019 | 12/06/2019 |
| 3801-20-101810 | 02/11/2020 | 10/8/2020 | 9RK-27141639 | 01/15/2019 | 12/13/2019 |
| 3801-20-101811 | 02/11/2020 | 10/8/2020 | 9RK-27149632 | 01/17/2019 | 12/13/2019 |
| 3801-20-101812 | 02/11/2020 | 10/8/2020 | 9RK-27220490 | 02/14/2019 | 01/10/2020 |
| 3801-20-101813 | 02/11/2020 | 10/8/2020 | 9RK-27220524 | 02/14/2019 | 01/10/2020 |
| 3801-20-101814 | 02/11/2020 | 10/8/2020 | 9RK-27222322 | 02/15/2019 | 01/10/2020 |

District Director of Customs,

U.S. Customs and Border Protection

Port of Detroit

2810 B West Fort Street Suite #123

Detroit, MI 48216

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.